IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CARMINEE MARQUEZ ARROYO

DEBTOR(S)

CASE NO. 18-00821-ESL

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on 03/27/2018. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: $33,926.00

3. With respect to the attached payment plan:

PLAN DATE: February 19, 2018        PLAN BASE: $19,498.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 6/4/2018

[ ] FAVORABLE            [X] UNFAVORABLE

1. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

Plan does not comply with the best interest of creditor's test. Plan needs to provide 100% plus interest to general unsecured creditors.

2. [X] FAILS SECTION 1325(a)(9):

• State Tax Returns: Provide copy of the 2017 state tax returns

[X] OTHER:

1) Part 3.1 of the plan does not provide for Personal loan with Sistema de Retiro. ($238.30 mo) Also, 9286provide maturity date of the loan. 2) Debtor (proposes to pay value of collateral to creditor Firstbank. Plan does not comply with FRBP 3012(b); we lack evidence on the record that Debtor served properly the plan on this FDIC entity. Also, the motion to Quash filed by Firstbank at dkt 10 was granted by the court at dkt 12. 3) Part 4.6, Post confirmation insurance coverage, needs to correct the insurance company name. Per insurance quote is Universal insurance and the plan discloses GT insurance. Also, the estimated insurance premium to be paid should read $53 and not $600. 4) Provide evidence of income from 1st half of February, as part of the 60 days prior to the filing.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty: ROBERTO FIGUEROA

/s/ Miriam Salwen Acosta
Miriam Salwen Acosta
USDC # 208910
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - DA