IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CARMINEE MARQUEZ ARROYO

DEBTOR(S)

CASE NO. 18-00821-ESL

CHAPTER 13

**\*\*AMENDED DOCUMENT\*\***

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on 03/27/2018. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: $0.00

3. With respect to the attached payment plan:

AMENDED PLAN DATE: July 03, 2018        PLAN BASE: $28,618.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 7/17/2018

[ ] FAVORABLE           [X] UNFAVORABLE

1. [X] INSUFFICIENTLY FUNDED § 1325(b):

   To pay priority claim IRS.

[X] OTHER:

   Provide maturity date for retirement loan.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Pedro R Medina
Pedro R Medina

Atty: ROBERTO FIGUEROA

USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - EN